STATE OF NEW JERSEY v. ANTHONY PEGUESE.

November 10, 1981.

Petition for certification granted.

THE NEW JERSEY STATE BOARD OF HIGHER EDUCATION v. BOARD OF DIRECTORS OF SHELTON COLLEGE.

November 16, 1981.

Certification to the Superior Court, Chancery Division is granted.

MARY JORDAN v. HORSEMEN'S BENEVOLENT PROTECTIVE ASSOCIATION.

November 16, 1981.

Certification to the Superior Court, Chancery Division is granted.

LOUIS J. KOTLIKOFF v. THE COMMUNITY NEWS AND ROBERT LEATHER.

November 16, 1981.

Petition for certification granted.